UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE HARDIN,<br><br>        Petitioner,<br><br>        v.<br><br>JOHN MARSHALL,<br><br>        Respondent. | Case No. SACV 05-1092 PA(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: February 19, 2009

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE